IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| NORA L. PATTERSON, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3014 |
| | ) | |
| v. | ) | |
| | ) | |
| JO ANNE B. BARNHART, | ) | ORDER |
| Commissioner of the Social | ) | |
| Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's motion for extension of time to respond to plaintiff's brief (Filing No. 9).  The Court finds said motion should be granted.  Accordingly,

IT IS ORDERED that defendant's motion is granted; defendant shall have until June 30, 2006, to respond to plaintiff's brief.

DATED this 1st day of June, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court