IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| NORA L. PATTERSON, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3014 |
| | ) | |
| v. | ) | |
| | ) | |
| JO ANNE B. BARNHART, | ) | ORDER |
| Commissioner of the Social | ) | |
| Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's motion requesting that the Court reverse the decision of the Administrative Law Judge (ALJ) and remand this action to Defendant pursuant to sentence four of section 205(g), 42 U.S.C. § 405(g) (Filing No. 11). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that defendant's motion is granted; pursuant to Rule 58 of the Federal Rules of Civil Procedure, the Court reverses the decision of the ALJ and remands this case to the Commissioner under sentence four of 42 U.S.C. § 405(g).

DATED this 28th day of June, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court