IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
NORA L. PATTERSON,            )
                              )
          Plaintiff,          )       4:06CV3014
                              )
     v.                       )
                              )
JO ANNE B. BARNHART,          )       ORDER AND JUDGMENT
Commissioner of the Social    )
Security Administration,      )
                              )
          Defendant.          )
_____)
```

Pursuant to the memorandum opinion entered herein this date,

IT IS ORDERED:

1) Plaintiff's application for attorney's fees pursuant to the Equal Access to Justice Act ("EAJA")(Filing No. 13) is granted.

2) Plaintiff is awarded attorney fees in the amount of $2,392.80 under EAJA and costs of $250.00 from the Judgment Fund administered by the Department of the Treasury for a total of $2,642.80.

DATED this 25th day of August, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court